JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 10-08745 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MICHAEL J. ALEXANDER, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, MICHAEL J. ALEXANDER, in the principal amount of $3,440.61 plus interest accrued to November 12, 2010, in the sum of $5,990.94; with interest accruing thereafter at a daily rate of $0.82 until entry of judgment, administration costs in the amount of $64.89, for a total amount of $**9,496.44**.

DATED: _____12/15/2010_____   By: _____TERRY NAFISI_____
Clerk of the Court

_____
Deputy Clerk
United States District Court

Page 5